AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Gilmore, Vanessa D | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>7/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge – active | 5. ReportType (check appropriate type)<br><br>○ Nomination    Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>515 Rusk Ave.<br><br>Houston, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Sapulding for Children |
| 2. | Advisory Board Member | Houston Zoo |
| 3. | Trustee | Hampton University |
| 4. | Advisory Board Member | Habitat for Humanity |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
AUG 15  4 20 PM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Philadelphia Bar Association | Hotel, Transportation, Meals |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilmore, Vanessa D | 7/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Salomon Smith Barney Fund | A | Interest | J | T | | | | | |
| 2.  Aim European Growth Fund | A | Dividend | J | T | | | | | |
| 3.  Aim Technology Fund (fomerly Invesco Technology Fund) | | None | J | T | | | | | |
| 4.  Aim Health Care Fund | | None | J | T | | | | | |
| 5.  Fidelity Advisor Technology Fkund (Invesco Techno ogy Fund) | | None | J | T | | | | | |
| 6.  Smith Barney Appreciation Fund | | None | J | T | | | | | |
| 7.  Fidelity Advisor Growth Fund T | A | Dividend | J | T | | | | | |
| 8.  Southwest Airlines Co. Stock | | None | | | Sell | | | | |
| 9.  Southwest BancCorp of TX | A | None | J | T | | | | | |
| 10.  Fidelity Advisory Small Cap Fund | | None | J | T | | | | | |
| 11.  Barnes & Noble Com Inc. | | None | | | Sell | | | | |
| 12.  Aim Technology Fund (formerly Fidelity Advisor) | | None | J | T | | | | | |
| 13.  Masotech | | None | J | T | | | | | |
| 14.  Xerox | | None | J | T | | | | | |
| 15.  Bright Start | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and E4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gilmore, Vanessa D | 7/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date July 29, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO.10 (w)
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2004

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gleeson, John | Eastern District of New York | 05/12/2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, (Active) | __ Nomination, Date __/__/__  <br> __ Initial  X Annual  __ Final | 01/01/2004 <br> to <br> 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court/EDNY <br><br> 225 Cadman Plaza East <br><br> Brooklyn, New York 11201 | Reviewing Officer _____  Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Adjunct Associate Professor | New York University School of Law |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 2004 | I have agreed to continue teaching two seminars each year at NYU School of Law (for a total of $23,205). |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2004 | New York University (NYU) School of Law | 23,205.00 |
| 2 | 2004 | Matthew Bender (book royalties) | $3,000 |
| 3 | | | |
| 4 | | | |

DISCLOSURE OFFICE
FINANCIAL
2005 MAY 13 P 12: 08
RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gleeson, John | Date of Report<br>05/12/2005 |
|---|---|---|

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
     O=$5 ,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4= 50,000,001 or more

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gleeson, John | 05/12/2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial, sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1   Fidelity Mgmt. Trust Co., Beth Israel Med. Ctr. Ret. | C | Interest | K | T | | | | | |
| 2   TIAA/CREF Retirement Fund, NY, NY | A | Interest | J | T | | | | | |
| 3   Retirement Account - - Fidelity Contra Fund | A | Interest | J | T | | | | | |
| 4   Retirement Account - - Fidelity Contra Fund | C | Interest | K | T | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less; F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature           Date  5/12/05

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544